UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP BORRIS,**

    **Plaintiff,**

  v.

**ENTERPRISE TECHNICAL
ASSISTANCE SERVICES, INC.,**

    **Defendants.**

Case No. 2:20-cv-5664
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter arises on Defendant's joint motion to adjourn trial date only. (ECF No. 43). This case is set for trial on June 5, 2023. The parties seek to move the trial date to sometime in July or August of 2023. The Court cannot accommodate this request, as it already has several trials scheduled for July and August. Defendant's joint motion to adjourn trial date is **DENIED**.

    **IT IS SO ORDERED.**

**2/23/2023**                                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                                  **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**