UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILLIP BORRIS,**

    **Plaintiff,**                                  Case No. 2:20-cv-05664
                                                                 JUDGE EDMUND A. SARGUS, JR.
    **v.**                                                           Magistrate Judge Chelsey M. Vascura

**ENTERPRISE TECHNICAL**
**ASSISTANCE SERVICES, INC.,**

    **Defendant.**

## ORDER

    This matter is before the Court on Plaintiff's Notice of Withdraw of Plaintiff's Motion for Preliminary Injunction (ECF No. 72). Plaintiff's Notice of Withdraw is well-taken, and so Plaintiff's Motion for Preliminary Injunction (ECF No. 69) is **DENIED AS MOOT**. All other pending motions remain active.

    **IT IS SO ORDERED**.

**10/12/2023**                                                s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**